ORDER
PER CURIAM:
In a panel decision dated October 25, 1999, the Court disallowed claimed attorney fees and expenses pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, for work associated with the appellant’s appeal to the United States Court of Appeals for the Federal Circuit (Federal Circuit). The Court held that the Federal Circuit’s denial of the appellant’s EAJA application for the same fees and expenses rendered the matter res judicata. The appellant now moves for a full Court decision concerning this matter.
Motions for a full Court decision are not favored. Ordinarily they will not be granted unless such action is necessary to secure or maintain uniformity of the Court’s decisions or to resolve a question of exceptional importance. In this appeal, the appellant has not shown that either basis exists to warrant a full Court decision.
Upon consideration of the foregoing, the record on appeal, and the appellant’s motion for a full Court decision, it is
ORDERED that the motion for a full Court decision is DENIED.